Charbonnet, Asst. Dist. Atty., and Walter L. Gleason, Sp. Counsel Sewerage and Water Board, all of New Orleans (Edgar H. Bloch, of New Orleans, of counsel), for the State.

MONROE, C. J. The issues here presented being the same as in the case of State v. J. Billhartz, 84 South. 120,[1] this day decided, for the reasons therein assigned, it is ordered that the conviction and sentence here complained of be set aside, and defendant discharged.

PROVOSTY, J., dissents.

(84 South. 126)

No. 23437.

STATE v. MESSER.

In re MESSER.

(Nov. 3, 1919. Rehearing Denied March 12, 1920.)

L. Messer was convicted of an offense, and applies for writs of certiorari and prohibition. Conviction and sentence set aside, and defendant discharged.

Alfred J. Bonoma and R. A. Dowling, both of New Orleans, for applicant.

Chandler C. Luzenberg, Dist. Atty., J. Arthur Charbonnet, Asst. Dist. Atty., and Walter L. Gleason, Sp. Counsel Sewerage and Water Board, all of New Orleans (Edgar H. Bloch, of New Orleans, of counsel), for the State.

MONROE, C. J. The issues here presented being the same as in the case of State v. J. Billhartz, 84 South. 120,[1] this day decided, for the reasons therein assigned, it is ordered that the conviction and sentence here complained of be set aside, and defendant discharged.

PROVOSTY, J., dissents.

(84 South. 126)

No. 23436.

STATE v. BORNIO.

In re BORNIO.

(Nov. 3, 1919. Rehearing Denied March 12, 1920.)

M. Bornio was convicted of an offense, and applies for writs of certiorari and prohibition.

Conviction and sentence set aside, and defendant discharged.

Alfred J. Bonoma and R. A. Dowling, both of New Orleans, for applicant.

Chandler C. Luzenberg, Dist. Atty., J. Arthur Charbonnet, Asst. Dist. Atty., and Walter L. Gleason, Sp. Counsel Sewerage and Water Board, all of New Orleans (Edgar H. Bloch, of New Orleans, of counsel), for the State.

MONROE, C. J. The issues here presented being the same as in the case of State v. J. Billhartz, 84 South. 120,[1] this day decided, for the reasons therein assigned, it is ordered that the conviction and sentence here complained of be set aside, and defendant discharged.

PROVOSTY, J., dissents.

(84 South. 127)

No. 23433.

STATE v. ALBERTO.

In re ALBERTO.

(Nov. 3, 1919. Rehearing Denied March 12, 1920.)

J. Alberto was convicted of an offense, and he applies for writs of certiorari and prohibition. Conviction and sentence set aside, and defendant discharged.

Alfred J. Bonoma and R. A. Dowling, both of New Orleans, for applicant.

Chandler C. Luzenberg, Dist. Atty., J. Arthur Charbonnet, Asst. Dist. Atty., and Walter L. Gleason, Sp. Counsel Sewerage and Water Board, all of New Orleans (Edgar H. Bloch, of New Orleans, of counsel), for the State.

MONROE, C. J. The issues here presented being the same as in the case of State v. J. Billhartz, 84 South. 120,[1] this day decided, for the reasons therein assigned, it is ordered that the conviction and sentence here complained of be set aside, and defendant discharged.

PROVOSTY, J., dissents.

[1] Ante, p. 855.

[1] Ante, p. 855.